UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM DAVISON, ) | |
| ) | |
| Plaintiff, ) | CASE NO. C05-0858-JLR-MJB |
| ) | |
| v. ) | ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff has filed a motion for attorney's fees, expenses and costs to be paid by the Defendant pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (the "EAJA") and 28 U.S.C. § 1920 in the amount of $5,401.88 in attorney's fees, $66.29 in expenses, and $347.50 in costs, for a total amount of $5,815.67. Defendant filed a response, stating that she has no objection to Plaintiff's request. Dkt. #18.

The Court finds that Plaintiff's request for attorney's fees, costs and expenses in the amount of $5,815.67 pursuant to the EAJA is reasonable in light of the work performed and the result achieved.

//

//

ORDER - 1

It is therefore ORDERED that Plaintiff's motion (Dkt. #16) is GRANTED and Plaintiff's counsel, Robert A. Friedman, is awarded attorney's fees in the amount of $5,401.88, expenses in the amount of $66.29, and costs in the amount of $347.50 pursuant to the EAJA.

DATED this 24th day of May, 2006.

JAMES L. ROBART
United States District Judge

RECOMMENDED FOR ENTRY
this 24th day of May, 2006:

　/s/Monica J. Benton
MONICA J. BENTON
United States Magistrate Judge

ORDER - 2